# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

2010 JAN 26 A 8: 24

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

UNITED STATES OF AMERICA

CASE NUMBER: 3:07-cr-113-25MCR
USM NUMBER: 31871-018

V.

KEITH REGINALD MILLER

Defendant's Attorney: James H. Burke, Esq. (pda)

## THE DEFENDANT

**X** admitted guilt to violation of allegation number(s) **1-4** of the terms of supervision as stated in the Petition for Offender Under Supervised Release.

**X** Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Admission of illegal drug use for Marijuana in violation of the Standard Conditions of Release | October 29, 2009 |
| Two | Failure to submit to mandatory Drug testing in violation of the Standard Conditions of Release | October 29, 2009 |
| Three | Admission of illegal drug use for Marijuana in violation of the Standard Conditions of Release | October 30, 2009 |
| Four | Failure to participate in Drug Aftercare Treatment in violation of the Standard Conditions of Release | November 4, 2009 |

The defendant is sentenced as provided in pages 2 through **4** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered

to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: January 21, 2010

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: January 21 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **eight (8) months.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

     \_\_\_\_ at _____ a.m.     p.m.    on _____.

     \_\_\_\_ as notified by the United States Marshal.

\_\_\_ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     \_\_\_\_ before p.m. on .

     \_\_\_\_ as notified by the United States Marshal.

     \_\_\_\_ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

 

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

    Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.